SO ORDERED: October 23, 2015.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re   James White, | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Case # 15-05784 |
| | ) | |
| | ) | Graham |

_____

ORDER DISALLOWING CLAIM #5-1 OF UNITED CONSUMER FINANCIAL SERVICES

For good cause shown, IT IS ORDERED BY THE COURT that claim #5-1 in the amount of $316.86, filed by United Consumer Financial Serv is disallowed as secured and the Trustee is directed to treat the claim as unsecured.

###